# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 18-17960-AMC

RONALD BAYLIS, JR.

1131 ANCHOR STREET

PHILADELPHIA, PA 19124

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    RONALD BAYLIS, JR.

    1131 ANCHOR STREET

    PHILADELPHIA, PA 19124

Counsel for debtor(s), by electronic notice only.

    CHRISTOPHER G. CASSIE
    230 S. BROAD ST., SUITE 1400

    PHILADELPHIA, PA 19102-

                                            /S/ William C. Miller

Date: 9/5/2019                                                _____

                                                            William C. Miller, Esquire
                                                            Chapter 13 Standing Trustee