# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Ronald Baylis, Jr.<br>         _Debtor(s)_<br><br>PENNSYLVANIA HOUSING FINANCE AGENCY<br>         _Movant_<br>     vs.<br><br>Ronald Baylis, Jr.<br>         _Debtor(s)_<br><br>and William C. Miller Esq.<br>         _Trustee_ | Chapter 13<br><br><br>NO. 18-17960 AMC |

## ORDER

AND NOW, this          day of                  , 2020 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on   it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow PENNSYLVANIA HOUSING FINANCE AGENCY and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 1131 Anchor Street Philadelphia, PA 19124.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_[signature]_

**Date: October 21, 2020**                                United States Bankruptcy Judge.

cc: See attached service list

Ronald Baylis, Jr.
1131 Anchor Street
Philadelphia, PA 19124

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

Christopher G. Cassie
Spear Wilderman, P.C.
230 South Broad Street, Suite 1400
Philadelphia, PA 19102

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532