**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>RONALD BAYLIS, JR. | Chapter 13 |
| Debtor | Bankruptcy No. 18-17960-AMC |

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: January 5, 2021**

_____
Honorable Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
CHRISTOPHER G. CASSIE
230 S. BROAD ST., SUITE 1400

PHILADELPHIA, PA 19102-

Debtor:
RONALD BAYLIS, JR.

1131 ANCHOR STREET

PHILADELPHIA, PA 19124