United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-17960-amc |
| Ronald Baylis, Jr. | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 05, 2021 | Form ID: pdf900 | Total Noticed: 22 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 07, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ronald Baylis, Jr., 1131 Anchor Street, Philadelphia, PA 19124-1114 |
| 14247157 | + | Credit Bureau Resolution, P.O. Box 14517, Des Moines, IA 50306-3517 |
| 14247158 | + | Deborah Woody, PA Child Support Enforcement, Domesstic Relations, 34 S. 11th Street, Philadelphia, PA 19107-3623 |
| 14247159 | + | Department of Water Revenue, 1401 JFK Blvd., Philadelphia, PA 19102-1606 |
| 14247160 | + | Eagle One Federal Credit Union, 3301 Philadelphia Pike, Claymont, DE 19703-3102 |
| 14239496 | + | KML Law Group, 701 Market Street #5000, Philadelphia, PA 19106-1541 |
| 14247162 | + | Katrina Brown, PA Child Support Enforcement, Domestic Relations, 34 S. 11th Street, Philadelphia, PA 19107-3623 |
| 14247165 | + | PA Child Support Enformcement, 34 S. 11th Street, Domestic Relations, Philadelphia, PA 19107-3623 |
| 14269145 | + | Pennsylvania Housing Finance Agency, c/o Rebecca A Solarz, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, Pa 19106-1541 |
| 14247167 | + | Phila Gas Works Federal Credit Union, 8022 Bustleton Avenue, Philadelphia, PA 19152-2815 |
| 14247168 | + | Philadelphia Gas Works Federal Credit, Union, 8022 Bustleton Avenue, Philadelphia, PA 19152-2815 |
| 14247169 | + | Police and Fire Federal Credit, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 14281482 | + | Police and Fire Federal Credit Union, 3333 Street Road, Bensale, PA 19020-2022 |
| 14262112 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 06 2021 02:46:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 06 2021 02:46:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 06 2021 02:46:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14332983 | | Email/Text: megan.harper@phila.gov | Jan 06 2021 02:46:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14247156 | + | Email/Text: bankruptcy@usecapital.com | Jan 06 2021 02:47:00 | Capital Accounts, LLC, P.O. Box 140065, Nashville, TN 37214-0065 |
| 14247164 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 06 2021 02:46:00 | Midland Funding, LLC, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2709 |
| 14239497 | | Email/Text: blegal@phfa.org | Jan 06 2021 02:46:00 | Pennsylvania Housing Finance Agency, PO Box 8029, Harrisburg, PA 17105-8029 |
| 14271964 | + | Email/Text: blegal@phfa.org | Jan 06 2021 02:46:00 | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |

TOTAL: 8

Case 18-17960-amc    Doc 59    Filed 01/07/21    Entered 01/08/21 00:57:05    Desc Imaged
Certificate of Notice    Page 2 of 3

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 05, 2021 | Form ID: pdf900 | Total Noticed: 22 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14247161 | *+ | Eagle One Federal Credit Union, 3301 Philadelphia Pike, Claymont, DE 19703-3102 |
| 14247163 | *+ | KML Law Group, 701 Market Street #5000, Philadelphia, PA 19106-1541 |
| 14247166 | *P++ | PENNSYLVANIA HOUSING FINANCE AGENCY, 211 NORTH FRONT STREET, HARRISBURG PA 17101-1406, address filed with court:, Pennsylvania Housing Finance Agency, PO Box 8029, Harrisburg, PA 17105-8029 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 07, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 5, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHRISTOPHER G. CASSIE | on behalf of Debtor Ronald Baylis Jr. ccassie@spearwilderman.com, kbrand@spearwilderman.com |
| LEON P. HALLER | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com |
| REBECCA ANN SOLARZ | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com philaecf@gmail.com |

TOTAL: 5

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  
RONALD BAYLIS, JR.

Chapter 13

Debtor

Bankruptcy No. 18-17960-AMC

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: January 5, 2021**

_____  
Honorable Ashely M. Chan  
Bankruptcy Judge

William C. Miller, Trustee  
P.O. Box 1229  
Philadelphia, PA  19105

Debtor's Attorney:  
CHRISTOPHER G. CASSIE  
230 S. BROAD ST., SUITE 1400

PHILADELPHIA, PA 19102-

Debtor:  
RONALD BAYLIS, JR.

1131 ANCHOR STREET

PHILADELPHIA, PA 19124